**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES GODOY et al., | No. 10-15801 |
| Plaintiffs - Appellants, | D.C. No. 4:09-cv-04793-PJH |
| v. | |
| ROBERT A. HOREL, Warden; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Submitted July 11, 2011[**]
San Francisco, California

Before:  HUG, SILVERMAN, and GRABER, Circuit Judges.

Plaintiffs are eight California prisoners who challenge the decision by

Defendants, who are state officials or employees, to raise the price of certain

goods, such as coffee, in the prison canteen.  Reviewing de novo the district court's

dismissal of Plaintiffs' claims for failure to state a claim under Federal Rule of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  Fed. R. App. P. 34(a)(2).

Civil Procedure 12(b)(6), <u>Caviness v. Horizon Cmty. Learning Ctr., Inc.</u>, 590 F.3d

806, 811–12 (9th Cir. 2010), we affirm the district court for the cogent reasons

stated in its order.

**AFFIRMED.**